IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:16CR88 |
| Plaintiff, | : | JUDGE WALTER H. RICE |
| vs. | : | |
| JAMES GAVER, | : | |
| Defendant. | : | |

## DECISION AND ENTRY REVOKING BOND AND DIRECTING UNITED STATES MARSHALS SERVICE NOT TO PROVIDE SECURITY WHILE DEFENDANT IS HOSPITALIZED

Pursuant to the record made during an October 12, 2017 conference call, defendant's bond, set and met on June 29, 2016, is revoked. The United States Marshals Office is directed not to provide security while defendant remains hospitalized.

October 12, 2017

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of record
U.S. Marshal Service