IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

           vs.

JAMES GAVER,

        Defendant.

:   Case No.  3:16cr88

:   JUDGE WALTER H. RICE

:

:

---

## ORDER RECOMMENDING DESIGNATION

---

The Court requests that the defendant be designated to Lexington Federal Medical

Center.

October 13, 2017

                  WALTER H. RICE
          UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of record